# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER, | CASE NO. 1:06-CV-00758-OWW-DLB-P |
| Plaintiff, | ORDER DISMISSING ACTION, WITH PREJUDICE, AS DUPLICATIVE OF CASE NUMBER 1:06-CV-00719-AWI-DLB-P |
| v. | |
| KNIGHT, et al., | (Doc. 1) |
| Defendants. | |
| _____/ | |

Plaintiff Willie Weaver ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on June 15, 2006, and neither paid the filing fee in full nor filed an application to proceed in forma pauperis.

In reviewing plaintiff's complaint, the Court has determined that it is duplicative of case number 1:06-CV-00719-AWI-DLB-P Weaver v. Knight, which was filed on June 8, 2006. In light of the fact that this action is duplicative of a previously filed action, this action is HEREBY DISMISSED, with prejudice, as duplicative.

IT IS SO ORDERED.

**Dated:     February 25, 2007**              _____/s/ Oliver W. Wanger_____
emm0d6                                                         UNITED STATES DISTRICT JUDGE

1